| | |
|---|---|
| Logan Smith | Michael F. Lynch |
| (admitted pro hac vice) | Nevada Bar No. 8555 |
| lsmith@mcnamarallp.com | Michael@LynchLawPractice.com |
| Edward Chang (NV 11783) | LYNCH LAW PRACTICE, PLLC |
| echang@mcnamarallp.com | 3613 S. Eastern Ave. |
| MCNAMARA SMITH LLP | Las Vegas, Nevada 89169 |
| 655 West Broadway, Suite 1600 | Tel.: 702-684-6000 |
| San Diego, California 92101 | Fax: 702-543-3279 |
| Tel.: 619-269-0400 | |
| Fax: 619-269-0401 | |

Attorneys for Court-Appointed Monitor

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>            Plaintiffs,<br>v.<br>SELLING SOURCE, LLC; PARTNERWEEKLY L.L.C.; MONEYMUTUAL, LLC; DATAX, LTD.; LONDON BAY CAPITAL LLC; LONDON BAYTSS HOLDING COMPANY, LLC; LONDON BAY-TSS ACQUISITION COMPANY, LLC; DEREK LAFAVOR; GLENN MCKAY; DOES IX; and ROE CORPORATIONS I-X,<br><br>            Defendants. | Case No. 2:17-cv-02969-JAD-CWH<br><br>**STIPULATION:**<br><br>**(1) TO EXTEND TIME FOR DEFENDANT DEREK LAFAVOR TO RESPOND TO COMPLAINT;**<br><br>**AND,**<br><br>**(2) TO EXTEND TIME FOR THOMAS W. MCNAMARA TO FILE HIS RESPONSE TO MR. LAFAVOR'S [ANTICIPATED] MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br><br>**ORDER** |

Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as court-appointed Monitor, and Defendant Derek LaFavor ("Defendant") stipulate and agree:

/ / /

1

WHEREAS, the Complaint in this case was filed on November 29, 2017, Defendant was personally and properly served with process in full accord with Fed. R. Civ. Proc. 4 on January 30, 2018, and Defendant's deadline to respond to the Complaint passed on February 20, 2018 (ECF No. 16);

WHEREAS, the parties stipulate and agree, subject to Court approval, that Defendant's deadline to file his response to the Complaint shall be extended to March 26, 2018;

WHEREAS, the parties stipulate and agree, subject to Court approval, that should the Defendant's initial response to the Complaint be a motion to dismiss, as anticipated by the parties, that Plaintiff's deadline to file its response to said motion to dismiss shall be extended to April 30, 2018; and

WHEREAS, this is the parties' first stipulation to extend either of these deadlines,

The parties respectfully stipulate, agree, and request that the Court grant this stipulation.

Dated March 6, 2018.

**COOK & KELESIS, LTD.**

/s/ Marc P. Cook
Nevada Bar No. 4574
517 S. 9th Street
Las Vegas, NV 89101
(702) 737-7702
(702) 385-3788 (fax)
mcook@bckltd.com

*Attorneys for Defendant
Derek LaFavor*

Dated March 6, 2018.

**LYNCH LAW PRACTICE, PLLC**

/s/ Michael F. Lynch
Nevada Bar No. 8555
3613 S. Eastern Ave.
Las Vegas, Nevada 89169

Logan D. Smith
(admitted pro hac vice)
Edward Chang
Nevada Bar No. 11783
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, CA 92101

*Attorneys for Thomas W. McNamara, in his capacity as Court-Appointed Monitor*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 6, 2018.