1  Logan Smith (*Admitted Pro Hac Vice*)
   lsmith@mcnamarallp.com
2  Edward Chang (NV 11783)
   echang@mcnamarallp.com
3  McNamara Smith LLP
   655 West Broadway, Suite 1600
4  San Diego, California 92101
   Tel.:   619-269-0400
5  Fax:   619-269-0401

6  Michael F. Lynch (NV 8555)
   Michael@LynchLawPractice.com
7  Lynch Law Practice, PLLC
   3613 S. Eastern Ave.
8  Las Vegas, Nevada 89169
   Tel.:   702-684-6000
9  Fax:   702-543-3279

10  *Attorneys for Court-Appointed Monitor*

11                   UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
12

13  THOMAS W. MCNAMARA, as the Court-          Case No. 2:17-cv-02969-JAD-CWH
    Appointed Monitor for AMG Capital Management,
14  LLC; BA Services LLC; Black Creek Capital     **STIPULATION TO EXTEND TIME**
    Corporation; Broadmoor Capital Partners, LLC;  **TO RESPOND TO DEFENDANTS**
15  Park 269, LLC; C5 Capital LLC; DF Services     **SELLING SOURCE, LLC,**
    Corp.; DFTW Consolidated [UC] LLC; Impact BP   **PARTNER WEEKLY L.L.C.,**
16  LLC; Level 5 Apparel LLC; Level 5 Capital      **MONEYMUTUAL, LLC, DATAX,**
    Partners LLC; Level 5 Eyewear LLC; Level 5     **LTD., LONDON BAY CAPITAL**
17  Motorsports, LLC; Level 5 Scientific LLC; NM   **LLC, LONDON BAY-TSS HOLDING**
    Service Corp. (f/k/a/ National Money Service); PSB  **COMPANY, LLC, LONDON BAY TSS**
18  Services LLC; Real Estate Capital LLC (f/k/a/  **ACQUISITION COMPANY,**
    Rehab Capital I, LLC); Sentient Technologies; ST  **LLC, and GLENN MCKAY'S**
19  Capital LLC; Westfund LLC; Eclipse Renewables  **MOTION TO DISMISS**
    Holdings LLC; Scott Tucker Declaration of Trust,  **COMPLAINT**
20  dated February 20, 2015; West Race Cars, LLC;
    and Level 5 Management LLC; and their          **(FIRST REQUEST)**
21  successors, assigns, affiliates, and subsidiaries,

22                              Plaintiff,
            v.
23                                                         **ORDER**
    SELLING SOURCE, LLC; PARTNERWEEKLY
24  L.L.C.; MONEYMUTUAL, LLC; DATAX, LTD.;
    LONDON BAY CAPITAL LLC; LONDON BAY-
25  TSS HOLDING COMPANY, LLC; LONDON
    BAY-TSS ACQUISITION COMPANY, LLC;
26  DEREK LAFAVOR; GLENN MCKAY; DOES I-
    X; and ROE CORPORATIONS I-X,
27
                              Defendants.
28

Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as court-appointed Monitor and Defendants Selling Source, LLC; PartnerWeekly L.L.C.; MoneyMutual, LLC; DataX, Ltd.; London Bay Capital LLC; London Bay-TSS Holding Company, LLC; London Bay-TSS Acquisition Company, LLC; Glenn McKay (collectively, "Defendants") stipulate and agree as follows:

WHEREAS, Defendants filed their Motion to Dismiss Plaintiff's Complaint (the "Motion to Dismiss") on March 30, 2018 (ECF No. 34).

WHEREAS, Plaintiff's deadline to file its response to the Motion to Dismiss is currently April 13, 2018.

WHEREAS, Plaintiff's deadline to file an Amended Complaint is currently April 16, 2018.

WHEREAS, Plaintiff's primary counsel, Logan Smith, is currently on a family vacation in Hawaii from March 31, 2018 to April 7, 2018.

WHEREAS, Plaintiff's local counsel, Michael Lynch, was out of the country from March 24, 2018 to April 2, 2018 on a family vacation with little to no cell service.

///
///
///
///
///
///
///
///
///
///
///
///
///

NOW, THEREFORE, the parties stipulate and agree, subject to Court approval, that (a) Plaintiff's deadline to file his response to the Motion to Dismiss or an Amended Complaint shall be extended to April 30, 2018; (b) in the event Plaintiff responds to the Motion to Dismiss, Defendants' deadline to file their reply brief in support of the Motion to Dismiss shall be extended to May 23, 2018; and (c) in the event Plaintiff files an Amended Complaint in lieu of responding to the Motion to Dismiss, Defendants' deadline to respond to such Amended Complaint shall be extended to June 1, 2018.

Dated: April 4, 2018

COVINGTON & BURLING LLP

 /s/ Benjamin J. Razi
Benjamin J. Razi (*Admitted Pro Hac Vice*)
Dennis B. Auerbach (*Pro Hac Vice Pending*)
One City Center, 850 Tenth Street, NW
Washington, DC 20001

Jeff Silvestri (NSBN 5779)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Defendants Selling Source, LLC; PartnerWeekly L.L.C.; MoneyMutual, LLC; DataX, Ltd.; London Bay Capital LLC; London Bay-TSS Holding Company, LLC; London Bay-TSS Acquisition Company, LLC; and Glenn McKay*

Dated: April 4, 2018

MCNAMARA SMITH LLP

 /s/ Edward Chang
Logan D. Smith (*Admitted Pro Hac Vice*)
Edward Chang (NV 11783)
655 West Broadway, Suite 1600
San Diego, CA 92101

Michael F. Lynch (NV 8555)
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169

*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 5, 2018.