1  Logan Smith (*Pro Hac Vice*)
   lsmith@mcnamarallp.com
2  Edward Chang (NV 11783)
   echang@mcnamarallp.com
3  MCNAMARA SMITH LLP
   655 West Broadway, Suite 1600
4  San Diego, California 92101
   Tel.:   619-269-0400
5  Fax:    619-269-0401

6  Michael F. Lynch (NV 8555)
   Michael@LynchLawPractice.com
7  LYNCH LAW PRACTICE, PLLC
   3613 S. Eastern Ave.
8  Las Vegas, Nevada 89169
   Tel.:   702-684-6000
9  Fax:    702-543-3279

10 *Attorneys for Court-Appointed Monitor*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>              Plaintiff,<br>   v.<br><br>SELLING SOURCE, LLC; PARTNERWEEKLY L.L.C.; MONEYMUTUAL, LLC; DATAX, LTD.; DEREK LAFAVOR; and ROE CORPORATIONS I-X,<br><br>              Defendants. | Case No. 2:17-cv-02969-JAD-CWH<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS SELLING SOURCE, LLC, PARTNERWEEKLY L.L.C., MONEYMUTUAL, LLC, DATAX, LTD., AND DEREK LAFAVOR'S MOTIONS TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>ECF Nos. 52, 54 |

Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as court-appointed Monitor, Defendants Selling Source, LLC; PartnerWeekly L.L.C.; MoneyMutual, LLC; and DataX, Ltd. ("Corporate Defendants") represented by Jeff Silvestri of McDonald Carano, LLP and Benjamin J. Razi and Dennis B. Auerbach of Covington & Burling LLP, and Defendant Derek LaFavor ("LaFavor") represented by Marc P. Cook of Cook & Kelesis, Ltd. (collectively, "Defendants") stipulate and agree as follows:

WHEREAS, Plaintiff filed a First Amended against Defendants on April 30, 2018 (ECF No. 49);

WHEREAS, LaFavor filed his Motion to Exceed 24 Page Limit Pursuant to Local Rule 7-3(c) on May 30, 2018 (ECF No. 52), wherein he attached his Omnibus Motion to Dismiss Monitor's First Amended Complaint for Failure to State a Claim Pursuant to Rule 12; for Lack of Jurisdiction Pursuant to NRS 12.230 and NRS 11.190(3)(d); or in the Alternative for More Definite Statement (ECF No. 52-1).

WHEREAS, Corporate Defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint on May 30, 2018 (ECF No. 53) (collectively, the "Motions to Dismiss").

WHEREAS, Plaintiff's deadline to file his responses to the Motions to Dismiss is currently June 13, 2018.

WHEREAS, Plaintiff is currently on a family vacation out of the country from June 3, 2018 to June 17, 2018.

WHEREAS, LaFavor's counsel will be on a family vacation from June 13, 2018 to June 26, 2018.

///
///
///
///
///
///
///

1

NOW, THEREFORE, the parties stipulate, subject to Court approval, that Plaintiff's deadline to file his responses to the Motions to Dismiss shall be extended to June 29, 2018 and Defendants' deadline to file their replies in support of the Motions to Dismiss shall be extended to July 23, 2018.

| | |
|---|---|
| Dated: June 7, 2018 | Dated: June 7, 2018 |
| COVINGTON & BURLING LLP | MCNAMARA SMITH LLP |
| */s/ Dennis B. Auerbach* <br> Dennis B. Auerbach (*Pro Hac Vice*) <br> Benjamin J. Razi (*Pro Hac Vice*) <br> One City Center, 850 Tenth Street, NW <br> Washington, DC 20001 | */s/ Edward Chang* <br> Edward Chang (NV 11783) <br> Logan D. Smith (*Pro Hac Vice*) <br> 655 West Broadway, Suite 1600 <br> San Diego, CA 92101 |
| Jeff Silvestri (NSBN 5779) <br> MCDONALD CARANO LLP <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 | Michael F. Lynch (NV 8555) <br> LYNCH LAW PRACTICE, PLLC <br> 3613 S. Eastern Ave. <br> Las Vegas, Nevada 89169 |
| *Attorneys for Defendants Selling Source, LLC; PartnerWeekly L.L.C.; MoneyMutual, LLC; and DataX, Ltd.* | *Attorneys for Thomas W. McNamara, in his capacity as Court-Appointed Monitor* |

Dated: June 7, 2018

COOK & KELESIS, LTD.

  */s/ Marc P. Cook*
Marc P. Cook
George P. Kelesis
517 South 9th Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Derek LaFavor*

## ORDER

Based upon the parties' stipulation [54] and good cause appearing, IT IS ORDERED that **the deadline to respond to the motion to dismiss is extended to June 29, 2018.** IT IS FURTHER ORDERED that the motion to enlarge page limits [52] is GRANTED. However, the format of the oversized motion [53] does not comply with LR 7-3(c) because it does not include a table of contents and a table of authorities. The manner in which it was filed does not comply with LR IA 10-3 and IC 2-2(a)(3) because the exhibits are filed as part of the base document, not attached as separate files with an index. **Defendants have 3 days to submit a corrected image of the motion [54] that complies with the rules of this court.**

_____
U.S. District Judge Jennifer A. Dorsey
June 8, 2018