Jeff Silvestri (NSBN 5779)
MCDONALD CARANO, LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel.: (702) 873-4100
Fax: (702) 873-9966
Email: jsilvestri@mcdonaldcarano.com

Benjamin J. Razi (Admitted Pro Hac Vice)
Dennis B. Auerbach (Admitted Pro Hac Vice)
Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel. (202) 662-6000
Email: brazi@cov.com
Email: dauerbach@cov.com

*Counsel for Defendants Selling Source, LLC;
PartnerWeekly L.L.C.; MoneyMutual, LLC;
and DataX, Ltd.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>Plaintiff,<br>v.<br><br>SELLING SOURCE, LLC; PARTNERWEEKLY L.L.C.; MONEYMUTUAL, LLC; DATAX, LTD.; DEREK LAFAVOR; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:17-cv-02969-JAD-CWH<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS SELLING SOURCE, LLC, PARTNER WEEKLY L.L.C., MONEYMUTUAL, LLC, DATAX, LTD., AND DEREK LAFAVOR'S MOTIONS TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>**ORDER** |

Plaintiff, Thomas W. McNamara ("Plaintiff") in his capacity as court-appointed Monitor, Defendants Selling Source, LLC; PartnerWeekly L.L.C.; MoneyMutual, LLC; and DataX, Ltd. ("Corporate Defendants") represented by Jeff Silvestri of McDonald Carano, LLP and Benjamin J. Razi and Dennis B. Auerbach of Covington & Burling LLP, and Defendant Derek LaFavor ("LaFavor") represented by Marc P. Cook of Cook & Kelesis, Ltd. (collectively, "Defendants") stipulate and agree as follows:

WHEREAS, Plaintiff filed a First Amended Complaint against Defendants on April 30, 2018 (ECF No. 49);

WHEREAS, Defendants filed motions to dismiss the amended complaint on May 30, 2018 (ECF Nos. 52, 53 — the "Motions to Dismiss");

WHEREAS, to accommodate schedules, the parties filed a stipulation on June 7, 2018 (a) requesting an extension to June 29, 2018 of the deadline for Plaintiff to respond to the Motions to Dismiss; and (b) requesting a corresponding extension to July 23, 2018 of the deadline for Defendants to file their reply briefs in support of the Motions to Dismiss (ECF No. 54);

WHEREAS, the Court's order approving the stipulation (ECF No. 55) extended Plaintiff's response deadline to June 29, 2018 but did not address the parties' request to extend Defendants' reply deadline by a like amount of time to July 23, 2018;

WHEREAS, Plaintiff filed his responses to the Motions to Dismiss on June 29, 2018 (ECF Nos. 58, 59);

WHEREAS, the parties agreed previously and continue to agree that Defendants should have until July 23, 2018 to file their reply briefs, giving each side an equivalent extension of time for their filings (taking account of the July 4 holiday);

NOW, THEREFORE, the parties stipulate, subject to Court approval, that Defendants' deadline to file their replies in support of the Motions to Dismiss shall be extended to July 23, 2018.

Dated: July 3, 2018

COVINGTON & BURLING LLP

/s/ Jeff Silvestri
Benjamin J. Razi (*Pro Hac Vice*)
Dennis B. Auerbach (*Pro Hac Vice*)
One City Center, 850 Tenth Street, NW
Washington, DC 20001

Jeff Silvestri (NSBN 5779)
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Defendants Selling Source, LLC; PartnerWeekly L.L.C.; MoneyMutual, LLC; and DataX, Ltd.*

Dated: July 3, 2018

COOK & KELESIS, LTD.

/s/ Marc P. Cook
Marc P. Cook
George P. Kelesis
517 South 9th Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Derek LaFavor*

Dated: July 3, 2018

MCNAMARA SMITH LLP

/s/ Edward Chang
Logan D. Smith (*Pro Hac Vice*)
Edward Chang (NV 11783)
655 West Broadway, Suite 1600
San Diego, CA 92101

Michael F. Lynch (NV 8555)
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169

*Attorneys for Thomas W. McNamara, in his capacity as Court-Appointed Monitor*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 3, 2018.

2

4846-2912-8044, v. 1