UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; BA Services LLC; Black Creek Capital Corporation; Broadmoor Capital Partners, LLC; Park 269, LLC; C5 Capital LLC; DF Services Corp.; DFTW Consolidated [UC] LLC; Impact BP LLC; Level 5 Apparel LLC; Level 5 Capital Partners LLC; Level 5 Eyewear LLC; Level 5 Motorsports, LLC; Level 5 Scientific LLC; NM Service Corp. (f/k/a/ National Money Service); PSB Services LLC; Real Estate Capital LLC (f/k/a/ Rehab Capital I, LLC); Sentient Technologies; ST Capital LLC; Westfund LLC; Eclipse Renewables Holdings LLC; Scott Tucker Declaration of Trust, dated February 20, 2015; West Race Cars, LLC; and Level 5 Management LLC; and their successors, assigns, affiliates, and subsidiaries,<br><br>Plaintiff,<br>v.<br><br>SELLING SOURCE, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-02969-GMN-CWH<br><br>**ORDER STAYING DISCOVERY AND SCHEDULING ORDER PENDING RESOLUTION OF DEFENDANTS' MOTIONS TO DISMISS** |

| | |
|---|---|
| 1 | Defendants having previously sought a stay of discovery and other deadlines pending a |
| 2 | ruling on their motions to dismiss; the Court having recently transferred this case to a new district |
| 3 | judge; and Plaintiff no longer opposing a stay; the Court finds good cause for and hereby does |
| 4 | enter a stay of discovery and all other court deadlines pending a ruling on Defendants' previously |
| 5 | filed motions to dismiss. The Court finds that the Parties' requested stay is consistent with the |
| 6 | objectives of Rule 1 of the Federal Rules of Civil Procedure, which directs that the Rules shall "be |
| 7 | construed and administered to secure the just, speedy, and inexpensive determination of every |
| 8 | action." Any remaining Parties will submit a revised proposed discovery and scheduling order for |
| 9 | the Court's consideration within fourteen (14) calendar days after the pending motions to |
| 10 | dismiss have been resolved. |
| 11 | IT IS THEREFORE ORDERED that discovery is STAYED pending the court's ruling on |
| 12 | defendants' motion to dismiss (ECF No. 53). |
| 13 | IT IS FURTHER ORDERED that defendants' motion to stay discovery (ECF No. 62) and |
| 14 | the parties' request for a status conference (ECF No. 76) are DENIED as moot. |

_____
CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

DATED: December 11, 2018