Logan D. Smith (*Pro Hac Vice*)
lsmith@mcnamarallp.com
Cornelia J. B. Gordon (*Pro Hac Vice*)
cgordon@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 900
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401

Michael F. Lynch (NV 8555)
Michael@LynchLawPractice.com
LYNCH LAW PRACTICE, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.:   702-684-6000
Fax:   702-543-3279

*Attorneys for Court-Appointed Monitor,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; et al.,<br><br>Plaintiff,<br>v.<br><br>SELLING SOURCE, LLC; PARTNERWEEKLY L.L.C.; MONEYMUTUAL, LLC; DATAX, LTD.; DEREK LAFAVOR; DOES I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:17-cv-02969-GMN-DJA<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: October 5, 2021          McNamara Smith LLP

By:    /s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon (*Pro Hac Vice*)
Logan D. Smith (*Pro Hac Vice*)
655 West Broadway, Suite 900
San Diego, California 92101
Tel.: 619-269-0400
Fax: 619-269-0401

Michael F. Lynch (NV 8555)
Lynch Law Practice, PLLC
3613 S. Eastern Ave.
Las Vegas, Nevada 89169
Tel.: 702-684-6000
Fax: 702-543-3279

*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October 2021, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Benjamin J. Razi (*Pro Hac Vice*)
Dennis B. Auerbach (*Pro Hac Vice*)
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Tel.:   202-662-6000
Email: brazi@cov.com
Email: dauerbach@cov.com
*Attorneys for Defendants Selling Source, LLC; Partner Weekly L.L.C.; MoneyMutual, LLC; DataX, Ltd.*

**VIA CM/ECF**
Jeff Silvestri
MCDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Tel.:   702-873-4100
Fax:   702-873-9966
Email: jsilvestri@mcdonaldcarano.com
*Attorneys for Defendants Selling Source, LLC; Partner Weekly L.L.C.; MoneyMutual, LLC; DataX, Ltd.*

**VIA CM/ECF**
George P. Kelesis
Marc P. Cook
COOK & KELESIS, Ltd.
517 South 9th Street
Las Vegas, NV 89101
Tel.:   702-737-7702
Fax:   702-737-7712
Email: law@bckltd.com
*Attorneys for Defendant Derek LaFavor*

  /s/ Cornelia J. B. Gordon
Cornelia J. B. Gordon
*Attorneys for the Court-Appointed Monitor, Thomas W. McNamara*